UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION



FILED
SEP - 7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE COAST DISTRIBUTION SYSTEM, INC., <br><br> Defendant | Case No.: C-06-04752 HRL <br><br> ~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Scott M. Daniels, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is: 1250 Connecticut Avenue, NW, Suite 700, Washington, D.C. 20036-2657; (202) 822-1100.

Scott M. Daniels, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing American Honda Motor Co., Inc..

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/7/06

HOWARD R. LLOYD
United States Magistrate Judge



Case No. C-06-04752 HRL                                    Order Granting *Pro Hac Vice* Application