IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> THE COAST DISTRIBUTION SYSTEM, INC., <br><br> Defendant. | No. C 06-04752 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO DISMISS** |

On October 23, 2006, Plaintiff American Honda Motor Co., Inc. filed a motion to dismiss declaratory counts in Counts III, IV and V of Defendant The Coast Distribution System, Inc.'s Answer and Counterclaims. Plaintiff's motion is noticed for hearing on January 5, 2007.

Defendant's opposition shall be due on **Monday November 13, 2006**. Plaintiff's reply, if any, shall be due on **Monday, November 20, 2006.** If the Court determines that the matter is suitable for disposition without oral argument, it shall so notify the parties. Until further order of the Court, the matter remains on calendar on January 5, 2007.

**IT IS SO ORDERED.**

Dated: October 23, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE