**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., | |
|     Plaintiff and Counterclaim Defendant, | No. C 06-04752 JSW |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR REALIGNMENT** |
| THE COAST DISTRIBUTION SYSTEM, INC., | |
|     Defendant and Counterclaim Plaintiff. | |

    On November 3, 2006, Honda moved to realign Honda as the plaintiff with regard to Honda's infringement counterclaim against Defendant The Coast Distribution System, Inc.'s ("Coast") based on U.S. Patent No. 6,439,215 ("the '215 patent"). Coast has filed a statement of non-opposition to the motion. The Court finds the matter suitable for disposition without oral argument and VACATES the January 5, 2007 hearing on this motion. Honda's motion to dismiss remains on calendar pending further order of the Court.

//
//
//
//
//
//

Having considered Honda's motion, the lack of opposition thereto, and good cause appearing, the motion is GRANTED. Honda shall be realigned as plaintiff with respect to all claims regarding the '215 patent and all future pleadings shall reflect this designation.

**IT IS SO ORDERED.**

Dated: November 21, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE