UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., | Case No. C 06-04752 JSW |
| Plaintiff/Counter-Defendant, | ~~[PROPOSED]~~ ORDER |
| v. | |
| THE COAST DISTRIBUTION SYSTEM, | |
| Defendant/Counter-Claimant. | |

**~~[PROPOSED]~~ ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the date for selecting an ADR process shall be extended until January 19, 2007.

Dated: January 8, 2007

_Jeffrey S. White_
District Judge Jeffrey S. White

MPI-42723v1

[PROPOSED] ORDER
CASE NO. C 06-04752 JSW