IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., | |
| Plaintiff, | No. C 06-04752 JSW |
| v. | |
| THE COAST DISTRIBUTION SYSTEM, INC., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STAY PROCEEDINGS** |
| Defendant. | |

On January 16, 2007, Defendant The Coast Distribution System, Inc. ("Coast") filed a motion to stay these proceedings. Coast's motion is noticed for hearing on March 2, 2007. Plaintiff's opposition shall be due on February 2, 2007. Coast's reply, if any, shall be due on February 9, 2007. If the parties wish to modify this briefing schedule, they shall submit a request setting forth good cause for doing so. If the Court determines that the matter is suitable for disposition without oral argument, it shall so notify the parties in advance of the hearing. Until further order of the Court, the matter remains on calendar on March 2, 2007.

**IT IS SO ORDERED.**

Dated: January 17, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE