Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
2882 Sand Hill Road
Suite 240
Menlo Park, CA 94025
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys For Plaintiff/Counter-Defendant American Honda Motor Co., Inc.

Peter E. Heuser (State Bar No. 111600)
heuser@khpatent.com
Elizabeth A. Tedesco (State Bar No. 221162)
tedesco@khpatent.com
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306-2009
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendant/Counter-Plaintiff The Coast Distribution System, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., <br><br> Plaintiff, <br><br> v. <br><br><br> THE COAST DISTRIBUTION SYSTEM, INC., <br><br> Defendant. | Case No. 06-04752 JSW <br><br> **STIPULATION REQUESTING TELEPHONIC MEET AND CONFER** <br><br> Hon. Maria-Elena James |

Page 1 —   STIPULATION REQUESTING TELEPHONIC MEET AND CONFER, Case No. 06-04752 JSW

1  Plaintiff American Honda Motor Co., Inc. ("Honda") and defendant The Coast Distribution System, Inc. ("Coast") hereby request that the Court allow the parties to meet and confer, as required by Local Rule 37-1(a), by telephone rather than in person. A dispute appears to have arisen between the parties relating to whether Honda must respond to discovery directed to whether (and, if so, how) Honda contends that certain Coast products infringe the patents-in-suit. Although the Court's Standing Order Re: Discovery and Dispute Procedures requires that the parties meet and confer in person for the purpose of resolving such disputes, Coast's counsel, although admitted to practice before this Court, is based in Portland, Oregon. In order for the parties to meet and confer in person, counsel for Coast would be required to travel from Portland to San Francisco, causing what the parties believe to be undue burden and expense. Because Coast seeks to avoid such burden and expense, and because the parties believe they can make a good faith effort to resolve this discovery dispute over the telephone, there is good cause for the Court to grant this request.

\\

\\

\\

\\

\\

Page 2 —   STIPULATION REQUESTING TELEPHONIC MEET AND CONFER, Case No. 06-04752 JSW

DATED: April 25, 2007

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| KOLISCH HARTWELL, P.C. | JONES DAY |
| By: /s/ Elizabeth A. Tedesco<br>    Elizabeth A. Tedesco | By: /s/ Behrooz Shariati<br>    Behrooz Shariati |
| Counsel for Defendant/Counter-Plaintiff<br>THE COAST DISTRIBUTION SYSTEM, INC. | Counsel for Plaintiff/Counter-Defendant<br>AMERICAN HONDA MOTOR CO., INC. |

OF COUNSEL:

Scott M. Daniels (admitted *pro hac vice*)
Ken-Ichi Hattori (admitted *pro hac vice*)
John P. Kong (State Bar No. 178174)
WESTERMAN, HATTORI, DANIELS & ADRIAN, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
Telephone: (202) 822-1100
Facsimile: (202) 822-1111

Kenneth R. Adamo (admitted *pro hac vice*)
David M. Maiorana (admitted *pro hac vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (206) 586-7499
Facsimile: (216) 579-0212

Good cause appearing, the Court GRANTS the parties' request. The parties shall make a contemporaneous record of their meeting using a court reporter or electronic recording device.

IT IS SO ORDERED

Date: April 26, 2007

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA