1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7  AMERICAN HONDA MOTOR CO., INC.,            No. C 06-4752 JSW (MEJ)

8           Plaintiff(s),
                                              **DISCOVERY ORDER**
9      vs.

10  THE COAST DISTRIBUTION SYSTEM, INC.,

11          Defendant(s).
                                        /
12

13

14         The Court is in receipt of the parties' joint meet and confer letters, filed as one docket entry

15  on May 21, 2007.  (Doc. #70.)  Upon review of the parties' letters and relevant legal authority, the

16  Court ORDERS as follows:

17  1)     Plaintiff American Honda Motor Company need not respond to Defendant The Coast

18         Distribution System's Requests for Admissions Nos. 31-40 and 61-80;

19  2)     Honda shall respond, to the best of its abilities, to Coast's Interrogatories Nos. 4, 5, and 22,

20         and shall supplement its responses as further discovery and expert reports become available;

21         and

22  3)     If Honda claims any privilege in relation to its discovery responses, including Requests for

23         Admissions, it shall comply with Federal Rule of Civil Procedure 26(b)(5).

24         **IT IS SO ORDERED.**

25

26  Dated: June 22, 2007    _____
                            MARIA-ELENA JAMES
27                          United States Magistrate Judge

28

*United States District Court*
*For the Northern District of California*