1  Behrooz Shariati (State Bar No. 174436)
   JONES DAY
2  2882 Sand Hill Road
   Suite 240
3  Menlo Park, CA 94025
   Telephone: (650) 739-3939
4  Facsimile: (650) 739-3900

5  Attorney for Plaintiff/Counter-Defendant
   AMERICAN HONDA MOTOR CO., INC.
6
   Peter E. Heuser
7  Elizabeth A. Tedesco
   KOLISCH HARTWELL, P.C.
8  260 Sheridan Avenue, Suite 200
   Palo Alto, California 94306-2009
9  Telephone: (650) 325-8673
   Facsimile: (650) 325-5076
10
   Attorneys for Defendant/Counter-Claimant
11 THE COAST DISTRIBUTION SYSTEM, INC.

12

                UNITED STATES DISTRICT COURT
13
                NORTHERN DISTRICT OF CALIFORNIA
14
                SAN FRANCISCO DIVISION
15

16 | AMERICAN HONDA MOTOR CO., INC.,         | Case No. C 06-04752 JSW
17 |     Plaintiff/Counter-Defendant,         |
18 | v.                                       | STIPULATION AND [PROPOSED]
                                              | ORDER TO MODIFY SCHEDULE
19 | THE COAST DISTRIBUTION SYSTEM,           |
   | INC.,                                    |
20 |                                          |
   |     Defendant/Counter-Claimant.          |
21

22      Plaintiff/Counter-Defendant American Honda Motor Co., Inc. ("Honda") and
23 Defendant/Counter-Claimant The Coast Distribution System, Inc. ("Coast"), by and through their
24 respective counsel, hereby stipulate and agree to modify the current schedule in this case by
25 moving the due date for filing the Patent Local Rule 4-3 Joint Claim Construction and Prehearing
26 Statement from June 29, 2007 to July 10, 2007. The parties are discussing possible resolution of
27 this matter, and would like to briefly postpone the Patent Local Rule 4-3 filing to facilitate those
28

discussions.  The parties respectfully ask the Court to approve the foregoing modification to the case schedule.  No other dates in the current schedule will be affected.  There have been no previous time modifications in the case, whether by stipulation or Court order.

Dated: June 29, 2007　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　JONES DAY

　　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Behrooz Shariati
　　　　　　　　　　　　　　　　　　　　　　　　　　　Behrooz Shariati

　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff/Counter-Defendant
　　　　　　　　　　　　　　　　　　　　　　　　AMERICAN HONDA MOTOR CO., INC.

OF COUNSEL:

Scott M. Daniels (admitted *pro hac vice*)
Ken-Ichi Hattori (admitted *pro hac vice*)
John P. Kong (State Bar No. 178174)
WESTERMAN, HATTORI, DANIELS &
ADRIAN, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
Telephone:  (202) 822-1100
Facsimile:  (202) 822-1111


Kenneth R. Adamo (admitted *pro hac vice*)
David M. Maiorana (admitted *pro hac vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone:  (206) 586-3939
Facsimile:  (216) 579-0212

　　　　　　　　　　　　　　　　　　　　　　　　KOLISCH HARTWELL, P.C.

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Elizabeth A. Tedesco
　　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth A. Tedesco

　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant/Counter-Claimant
　　　　　　　　　　　　　　　　　　　　　　　　THE COAST DISTRIBUTION SYSTEM,
　　　　　　　　　　　　　　　　　　　　　　　　INC.

# **ORDER**

The foregoing stipulation between Plaintiff/Counter-Defendant American Honda Motor Co., Inc. ("Honda") and Defendant/Counter-Claimant The Coast Distribution System, Inc. ("Coast") for an order modifying the schedule under the Patent Local Rules, duly considered, AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED:

Parties shall file the Joint Claim Construction and Prehearing Statement per Patent Local Rule 4-3 on or before July 10, 2007.

DATED: June 29, 2007                    _____
                                         THE HON. JUDGE WHITE
                                         UNITED STATES DISTRICT JUDGE