IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., | No. C 06-4752 JSW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: COASTS' INTERROGATORY NOS. 4, 5, AND 22** |
| THE COAST DISTRIBUTION SYSTEM, INC., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint discovery letter, filed August 10, 2007. Upon review of the parties' letter, the Court ORDERS as follows:

1) As to Interrogatory No. 22, Honda shall state whether or not it has evidence, at this point, that Coast sold an IG generator with an Accused Engine inside it.

2) As to Interrogatory Nos. 4 and 5, Honda shall state whether it contends, at this point, that the samples it received on March 30, 2007 are infringing.

Honda shall further supplement its responses should it become aware of any further information.

**IT IS SO ORDERED.**

Dated: August 21, 2007

MARIA-ELENA JAMES
United States Magistrate Judge