1  Behrooz Shariati (State Bar No. 174436)
   bshariati@jonesday.com
2  JONES DAY
   Silicon Valley Office
3  1755 Embarcadero Road
   Palo Alto, CA  94303
4  Telephone:    650-739-3939
   Facsimile:    650-739-3900
5
   Attorneys for Plaintiff/Counter-Defendant
6  AMERICAN HONDA MOTOR CO., INC.

7  Peter E. Heuser (State Bar No. 111600)
   heuser@khpatent.com
8  Elizabeth A. Tedesco (State Bar No. 221162)
   tedesco@khpatent.com
9  KOLISCH HARTWELL, P.C.
   260 Sheridan Avenue, Suite 200
10 Palo Alto, CA 94306-2009
   Telephone:    650-325-8673
11 Facsimile:    650-325-5076

12 Attorneys for Defendant/Counter-Plaintiff The Coast
   Distribution System, Inc.
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 | AMERICAN HONDA MOTOR CO., INC.,        | Case No. 06-04752 JSW (MEJ)
19 |             Plaintiff,                 |
20 |     v.                                 | **STIPULATION REQUESTING TELEPHONIC MEET AND CONFER**
21 | THE COAST DISTRIBUTION SYSTEM, INC.,   |
22 |                                        | **AND ORDER THEREON**
   |             Defendant.                 | Hon. Maria-Elena James
23

24      Plaintiff American Honda Motor Co., Inc. ("Honda") and defendant The Coast

25 Distribution System, Inc. ("Coast") hereby request that the Court allow the parties to meet and

26 confer, as required by Local Rule 37-1(a), by telephone rather than in person.  A dispute appears

27 to have arisen between the parties relating to the date of Coast's 30(b)(6) deposition.

28

1      Although the Court's Standing Order Re: Discovery and Dispute Procedures requires that
2 the parties meet and confer in person for the purpose of resolving such disputes, Coast's counsel,
3 although admitted to practice before this Court, is based in Portland, Oregon.  In order for the
4 parties to meet and confer in person, counsel for Honda would be required to travel from San
5 Francisco to Portland, causing what the parties believe to be undue burden and expense.  Because
6 Honda seeks to avoid such burden and expense, and because the parties believe they can make a
7 good faith effort to resolve this discovery dispute over the telephone, there is good cause for the
8 Court to grant this request.
9 / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /

Dated: September 5, 2007

Respectfully submitted,                          Respectfully submitted,

KOLISCH HARTWELL, P.C.                          JONES DAY

By:   /s/ Elizabeth A. Tedesco                  By:   /s/ Behrooz Shariati
      Elizabeth A. Tedesco                            Behrooz Shariati

Counsel for Defendant/Counter-Plaintiff          Counsel for Plaintiff/Counter-Defendant
THE COAST DISTRIBUTION SYSTEM, INC.              AMERICAN HONDA MOTOR CO., INC.

                                                 OF COUNSEL:

                                                 Scott M. Daniels (admitted *pro hac vice*)
                                                 Ken-Ichi Hattori (admitted *pro hac vice*)
                                                 John P. Kong (State Bar No. 178174)
                                                 WESTERMAN, HATTORI, DANIELS &
                                                 ADRIAN, LLP
                                                 1250 Connecticut Avenue, N.W.
                                                 Suite 700
                                                 Washington, DC 20036
                                                 Telephone:  (202) 822-1100
                                                 Facsimile:   (202) 822-1111

                                                 Kenneth R. Adamo (admitted *pro hac vice*)
                                                 David M. Maiorana (admitted *pro hac vice*)
                                                 JONES DAY
                                                 901 Lakeside Avenue
                                                 Cleveland, OH 44114
                                                 Telephone:  (206) 586-7499
                                                 Facsimile:   (216) 579-0212

Good cause appearing, the Court GRANTS the parties' request.

IT IS SO ORDERED

Dated: September 6, 2007

*Judge Maria-Elena James*