UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> THE COAST DISTRIBUTION SYSTEM, INC., <br><br> Defendant. | Case No. 06-04752 JSW <br><br> [PROPOSED] ORDER RE JOINT REQUEST FOR ADMINISTRATIVE RELIEF ALLOWING PRESENTATION EQUIPMENT FOR CLAIM CONSTRUCTION TUTORIAL <br><br> Judge:   Hon. Jeffrey S. White |

The Court having read and considered the Joint Request for Administrative Relief Allowing Presentation Equipment For Claim Construction Tutorial by American Honda Motor Co, Inc. ("Honda") and The Coast Distribution System, Inc., ("Coast"), hereby GRANTS the Administrative Request, and Orders that:

Honda and Coast are permitted to bring into Courtroom 2 presentation equipment and video recording equipment for use by both parties in Courtroom 2 for the claim construction tutorial scheduled for October 9, 2007. The equipment allowed to be brought to the courtroom will include a projection system and screen, video recording equipment, a projector stand, monitors, speakers, and related cables. The parties are also permitted to bring samples of the accused generators to the courtroom.

**IT IS SO ORDERED**

Dated: September 26, 2007

_____
District Judge Jeffrey S. White

by Judge Phyllis J. Hamilton

[PROPOSED] ORDER RE JOINT REQUEST FOR
ADMINISTRATIVE RELIEF
Case No. 06-04752 JSW