1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7          NORTHERN DISTRICT OF CALIFORNIA
8          SAN FRANCISCO DIVISION
9

| AMERICAN HONDA MOTOR CO., INC., | Case No. 06-04752 JSW |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER RE JOINT REQUEST FOR ADMINISTRATIVE RELIEF ALLOWING PRESENTATION EQUIPMENT FOR CLAIM CONSTRUCTION HEARING |
| v. | |
| THE COAST DISTRIBUTION SYSTEM, INC., | |
| Defendant. | Judge:   Hon. Jeffrey S. White |

The Court having read and considered the Joint Request for Administrative Relief Allowing Presentation Equipment For Claim Construction Hearing by American Honda Motor Co, Inc. ("Honda") and The Coast Distribution System, Inc., ("Coast"), hereby GRANTS the Administrative Request, and Orders that:

Honda and Coast are permitted to bring to Courtroom 2 a projection system and screen, a projector stand, monitors, speakers, and related cables for the claim construction hearing scheduled for October 16, 2007.

**IT IS SO ORDERED**

Dated: September 26, 2007

_____
District Judge Jeffrey S. White
by Judge Phyllis J. Hamilton