UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> THE COAST DISTRIBUTION SYSTEM, INC., <br><br> Defendant. | Case No. 06-04752 JSW <br><br> ~~[PROPOSED]~~ ORDER RE: JOINT MOTION TO POSTPONE MEDIATION DEADLINE <br><br> Judge:   Hon. Jeffrey S. White |

The Court having read and considered the Joint Motion to Postpone Mediation Deadline by American Honda Motor Co, Inc. ("Honda") and The Coast Distribution System, Inc., ("Coast"), hereby GRANTS the Motion, and Orders that:

The December 17, 2007 mediation deadline is vacated. ~~The Court will issue a case management order after issuance of the claim construction ruling. At that time, the Court will order the parties to propose a new mediation deadline consistent with the schedule that is entered for the remainder of this case.~~  The parties will be required to submit a case management conference statement after the Court issues its claim construction ruling, and the parties should propose a new mediation deadline in that statement.

**IT IS SO ORDERED**

Dated: December 11, 2007

_/s/ Jeffrey S. White_
District Judge Jeffrey S. White

JOINT MOTION TO POSTPONE
MEDIATION DEADLINE
CASE NO. 06-04752 JSW