UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> THE COAST DISTRIBUTION SYSTEM, INC., <br><br> Defendant/Counter-Claimant. | Case No. C 06-04752 JSW <br><br> [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR STAY AND STAYING LITIGATION |

On this day the Court considered American Honda Motor Co., Inc.'s and The Coast Distribution System, Inc.'s Stipulated Request for Stay and Order Staying Litigation.

Having considered this stipulated motion and all responses thereto, this Court finds the motion is well taken and it is GRANTED.

The Court hereby ORDERS that:

These actions are stayed until the earlier of June 30, 2009 or the filing of a stipulation of dismissal with the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: May 1, 2009

_____
District Judge Jeffrey S. White