UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> THE COAST DISTRIBUTION SYSTEM, INC., <br><br> Defendant/Counter-Claimant. | Case No. C 06-04752 JSW <br><br> **[PROPOSED]** ORDER GRANTING EXTENSION OF STAY ORDER |

On this day the Court considered American Honda Motor Co., Inc.'s and The Coast Distribution System, Inc.'s Stipulated Request for Extension of Stay Order.

Having considered this stipulated motion and all responses thereto, this Court finds the motion is well taken and it is GRANTED.

The Court hereby ORDERS that:

The Order staying this action issued on May 1, 2009 is extended until the earlier of July 14, 2009 or the filing of a stipulation of dismissal with the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 30, 2009

_____
District Judge Jeffrey S. White

[PROPOSED] ORDER GRANTING
EXTENSION OF STAY
CASE NO. C 06-04752 JSW